## VETERANS ELECTRIC, LLC, Plaintiff-Appellant

v.

## UNITED STATES, Defendant-Appellee

2017-1655

United States Court of Appeals, Federal Circuit.

January 16, 2018

BRANDON MICHAEL SELINSKY, Rocky Mountain Disability Law Group, Denver, CO, argued for plaintiff-appellant.

ALBERT S. IAROSSI, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., DEBORAH A. BYNUM.

(Prost, Chief Judge, Newman and Lourie, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**